**Ree Ex DOE, Plaintiff–Appellant,**

v.

**Gerardo MALDONADO, Jr.; Dennis Hendershott; Tim Byrne; United States Attorney; Michael B. Mukasey, United States Attorney General Agency, Defendants–Appellees.**

No. 07–1618.

United States Court of Appeals, Fourth Circuit.

Submitted: March 21, 2008.

Decided: April 24, 2008.

Ree Ex Doe, Appellant Pro Se. Reginald I. Lloyd, United States Attorney, Terri Hearn Bailey, Assistant United States Attorney, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before MICHAEL, MOTZ, and DUNCAN, Circuit Judges.

PER CURIAM:

Ree Ex Doe appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants' motions to dismiss his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Doe v. Mukasey*, No. 9:05–cv–03310–SB (D.S.C. May 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*